ORIGINAL

FILED

08/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 07-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 07-0011

---

IN THE MATTER OF CALLING A RETIRED
DISTRICT JUDGE TO ACTIVE SERVICE

O R D E R

---

Honorable Kurt Krueger, Judge of the District Court for the Second Judicial District of the State of Montana, has requested the assistance of retired District Judge Mike Salvagni to assume jurisdiction of Second Judicial District Court Cause No. DV-24-232, *In re the Matter of the 2024 Butte-Silver Bow Primary Election, B-SB Deputy County Attorney Sean Peterson, Petitioner*.

Judge Salvagni has retired under the provisions of the Montana Judges' Retirement System and, being subject to call for duty pursuant to § 19-5-103(a) and (b), MCA, has advised that he is agreeable to assisting the Second Judicial District Court with the above-listed matter.

IT IS HEREBY ORDERED:

1. Honorable Mike Salvagni, retired District Judge, is hereby called to active service in the District Court of the Second Judicial District of the State of Montana, to assume judicial authority of Cause No. DV-24-232, *In re the Matter of the 2024 Butte-Silver Bow Primary Election, B-SB Deputy County Attorney Sean Peterson, Petitioner*, and is hereby authorized to proceed with any and all necessary hearings, opinions, and orders, including final resolution of said matter.

2. For all active service, Judge Salvagni shall be paid the salary compensation to which he is entitled by § 19-5-103(2)(b), MCA, and actual expenses, if any, shall be reimbursed.

 FILED

AUG 1 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

3. A copy of this Order shall be filed with the Clerk of Court for Butte-Silver Bow County, with the request that this Order be sent to all counsel of record in the above-listed matter.

4. A copy of this Order shall also be furnished to Honorable Kurt Krueger, Honorable Mike Salvagni, and to Cathy Pennie, Office of the Supreme Court Administrator.

The Acting Chief Justice enters this Order pursuant to Article VII, Section 6(3) of the 1972 Montana Constitution, and statutes enacted in conformity therewith and in implementation thereof.

DATED this __16th__ day of August, 2024.

_____
Acting Chief Justice